**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7423**

—————————

AUDIE WAYNE TALLEY,

Plaintiff - Appellant,

versus

AUGUSTA CORRECTIONAL CENTER; COUNSELOR CARUSO;
COUNSELOR NEALY,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-948-R)

—————————

Submitted:  January 11, 1996          Decided:  January 24, 1996

—————————

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Audie Wayne Talley, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Talley v. Augusta Correctional Ctr., No. CA-95-948-R (W.D. Va. Aug. 29, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED